

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office:  212) 356-2456

August 22, 2025

**VIA ECF**
Hon. Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *L.R.1 et al., v. New York City Dep't of Educ.*,  25-cv-5709 (PAE)(SDA)

Dear Judge Engelmayer:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action.

The parties jointly request a 90-day stay of this action until November 20, 2025, and propose that Defendant's Answer deadline be extended to November 25, 2025. The parties are working to decide how to best resolve this case and are confident that the case can be resolved without further burdening the Court. We also respectfully propose that, if a stay is granted, the parties be required to submit a joint letter regarding the status of the case on or before November 20, 2025.

Thank you for considering these requests.

Respectfully submitted,

*/s/ Marina Moraru*
Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: Michele Kule-Korgood (via ECF)

GRANTED.  The case is hereby stayed until November 20, 2025.  The parties are directed to file a joint status update on November 14, 2025.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

August 25, 2025
New York, New York